UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TUSHBABY, INC.,

Plaintiff,

v.

THE CORPORATIONS, LIMITED
LIABILITY COMPANIES, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

Defendants.



Case No.: 24-21136-Civ-Becerra

## NOTICE OF POSTING BOND

Plaintiff, TUSHBABY, INC., by and through its undersigned counsel, pursuant to 15 U.S.C. section 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c) and in compliance with the Court's Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order dated April 3, 2024 (Dkt. 12), hereby gives notice that a check for Five Thousand Dollars ($5,000) was hand delivered to the Court Clerk's Office located at 400 N Miami Ave, Miami, FL 33128, on April 9, 2024.

Dated: April 9, 2024

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

_____
Marshall Dore Louis (Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
E-mail: mlouis@bsfllp.com

*Attorney for Plaintiff, Tushbaby, Inc.*

Generated: Apr 9, 2024 2:36PM                                                                 Page 1/1



# U.S. District Court

## Florida Southern - Miami

Receipt Date: Apr 9, 2024 2:36PM

BOIES SCHILLER FLEXNER LLP
448 LOS ANGELES II EXPENSE ACCOUNT 2
2029 CENTURY PARK EAST
SUITE 1520
LOS ANGELES, CA 90067

Rcpt. No: 285131                Trans. Date: Apr 9, 2024 2:36PM                Cashier ID: #VT

| CD  | Purpose           | Case/Party/Defendant                         | Qty | Price   | Amt     |
|-----|-------------------|----------------------------------------------|-----|---------|---------|
| 701 | Treasury Registry | DFLS124CV021136 /001<br>FBO: Tushbaby, Inc.  | 1   | 5000.00 | 5000.00 |

| CD | Tender |          |           | Amt        |
|----|--------|----------|-----------|------------|
| CH | Check  | #12941   | 04/8/2024 | $5,000.00  |

|                              |           |
|------------------------------|-----------|
| Total Due Prior to Payment:  | $5,000.00 |
| Total Tendered:              | $5,000.00 |
| Total Cash Received:         | $0.00     |
| Cash Change Amount:          | $0.00     |

Comments: 1:24-cv-21136-JB/Tushbaby, Inc. REMITTER: BOIES SCHILLER FLEXNER LLP 448 LOS ANGELES II EXPENSE ACCOUNT 2 2029 CENTURY PARK EAST, SUITE 1520 LOS ANGELES, CA 90067 PER ORDER OF THE COURT (TRO)

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.