UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-21136-Civ-Becerra

**TUSHBABY, INC.,**

    **Plaintiff,**

v.

**THE CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,**

    **Defendants.**

_____/

**PLAINTIFF'S NOTICE OF FILING SCHEDULE A UNDER SEAL**

Plaintiff TUSHBABY, INC. ("Plaintiff"), by and through its undersigned counsel, and in compliance with the Court's Paperless Order dated April 11, 2024 (Dkt. 16), hereby gives notice that the Schedule A to the Complaint is being electronically filed under seal.

Dated: April 12, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

***Attorney for Plaintiff, Tushbaby Inc.***