UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TUSHBABY, INC.,

    Plaintiff,

v.

THE CORPORATIONS, LIMITED
LIABILITY COMPANIES, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 24-21136-Civ-Becerra

**PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years, employed in the county of Miami-Dade, and I am an attorney for Plaintiff, TUSHBABY, INC., in the above captioned action.

On April 12, 2024, Boies Schiller Flexner LLP emailed copies of the Complaint; Issued Summons; Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery; Sealed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order; and Order on Plaintiff's *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) to each foreign Defendant, in compliance with this Court's Orders dated April 3, 2024 (Dkts 11-12). Boies Schiller Flexner LLP also effected service of process on Defendants via publication by posting a true and accurate copy of the Complaint, Issued Summons, and all other filings in this case, on the website http://tushbaby-cases.com/case-24-cv-21136.html.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 16, 2024, at Miami-Dade County, Florida.

**BOIES SCHILLER FLEXNER LLP**

*/s/ Marshall Dore Louis*
Marshall Dore Louis (Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539-8400
E-mail: mlouis@bsfllp.com

***Attorney for Plaintiff, Tushbaby, Inc.***