UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:24-cv-21136-JB

**TUSHBABY, INC.**,
Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**
Defendants.
_____/

## NOTICE OF APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu, PLLC hereby enters his appearance as counsel for the defendant Shiaon with Amazon Store ID: AZA-2A6JHZ819M.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

/s/ Jianyin Liu
FBN: 1007675
Jianyin Liu, Esq. Attorney
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on this April 18, 2024.

/s/ Jianyin Liu