# EXHIBIT "C"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-512-372**

**Effective Date of Registration:**
September 08, 2023
**Registration Decision Date:**
November 30, 2023



## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| Title of Group: | Hip Seat Baby Carrier+1 and 6 Other Unpublished Works |
| Content Title: | Hip Seat Baby Carrier+1 |
| | Hip Seat Baby Carrier+2 |
| | Hip Seat Baby Carrier+3 |
| | Hip Seat Baby Carrier+4 |
| | Hip Seat Baby Carrier+5 |
| | Hip Seat Baby Carrier+6 |
| | Hip Seat Baby Carrier+7 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |

### Author

| | |
|---|---|
| Author: | Dangbin LIU |
| Author Created: | photographs |
| Citizen of: | China |
| Domiciled in: | China |
| Year Born: | 1981 |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Dangbin LIU |
| | Room 12-6, No. 72, Minquan Street, Xigang District, Dalian, China |

### Certification

| | |
|---|---|
| Name: | Dangbin LIU |