UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 24-21136-Civ-Becerra |

**NOTICE OF FILING PROPOSED ORDERS REGARDING
PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION**

Plaintiff, TUSHBABY, INC., by and through its undersigned counsel, hereby gives notice that the foregoing documents are being electronically filed:

1. Proposed Order as to Defendants Agudan Global, FRUITEAM HOME, and Rough Road 2015 Regarding Plaintiff's Application for Preliminary Injunction; and

2. Proposed Order as to Defendant Shiaon Regarding Plaintiff's Application for Preliminary Injunction.

Dated: April 30, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800
Miami, FL 33131
305 357 8436
rbaeza@bsfllp.com

*Attorney for Plaintiff Tushbaby, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record by ECF. The foregoing will also be served on non-appearing Defendants as authorized by the Court.

/s/ *Rossana Baeza*