UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 24-21136-Civ-Becerra |

**PLAINTIFF'S NOTICE OF PENDING, REFILED, OR SIMILAR ACTIONS**

Plaintiff TushBaby, Inc., ("Plaintiff" or "TushBaby"), by and through its undersigned counsel and pursuant to S.D. Fla. L.R. 3.8, hereby files this Notice of Pending, Refiled, Related, or Similar Actions, and state as follows:

1. In addition to the present action, Plaintiff has filed the following similar action: *Tushbaby, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A*, Case No. 24-cv-20941 (S.D. Fla. March 11, 2024) ("Tushbaby I").

2. Tushbaby I is similar to the present action. In both actions, Plaintiff claims similar causes of action against Defendants operating on online marketplaces, such as Amazon.com.

3. Accordingly, Plaintiff respectfully gives notice that Tushbaby I is a similar action or proceeding pending in the Southern District of Florida.

Dated: May 3, 2024

Respectfully submitted,

*/s/ Rossana Baeza*
Rossana Baeza (Bar No. 1007668)
BOIES SCHILLER FLEXNER LLP
100 SE 2nd Street, Suite 2800

Miami, FL 33131
305 357 8436
rbaeza@bsfllp.com

*Attorney for Plaintiff Tushbaby, Inc.*