UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21136-JB

TUSHBABY, INC.,

    Plaintiff,

v.

THE CORPORATIONS, LIMITED LIABILITY
COMPANIES, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

    Defendants.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to the instant case being intertwined with issues raised in Case No. 24-cv-20941-DSL, and subject to the consent of the Honorable David S. Leibowitz, it is hereby **ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Judge David S. Leibowitz for all further proceedings.

**DONE AND ORDERED** in Chambers this 6th day of May, 2024.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case. Therefore, it is **ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **24-cv-20941-DSL**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers this 6TH day of May, 2024.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**