UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATIONS, LIMITED LIABILITY COMPANIES, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No.: 24-cv-21136-DSL |

**PLAINTIFF'S NOTICE OF PENDING, REFILED, OR SIMILAR ACTIONS**

Plaintiff TushBaby, Inc., ("Plaintiff" or "TushBaby"), by and through its undersigned counsel and pursuant to S.D. Fla. L.R. 3.8, hereby files this Notice of Pending, Refiled, Related, or Similar Actions, and state as follows:

1. In addition to the present action, Plaintiff has filed the following similar actions: *Tushbaby, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A*, Case No. 24-cv-20941 (S.D. Fla. March 11, 2024) ("Tushbaby I"), and *Tushbaby, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A*, Case No. 24-cv-22281 (S.D. Fla. June 12, 2024) ("Tushbaby III").

2. Accordingly, Plaintiff respectfully gives notice that Tushbaby I and Tushbaby III are similar actions or proceedings pending in the Southern District of Florida.

Dated: June 13, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**
*/s/ Marshall Dore Louis*
Marshall Dore Louis (FL Bar No. 512680)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 539 8400
E-mail: mlouis@bsfllp.com

***Attorney for Plaintiff Tushbaby, Inc.***