UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**FLEEROSE,**

    *Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Motion to Reopen Case (the "Motion") [ECF No. 82], filed on September 5, 2024. This Court previously closed the case after severing several defendants. [ECF No. 74]. Since then, the Plaintiff has filed an Amended Complaint [ECF No. 76], and Defendant has moved to dismiss [ECF No. 77].

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [**ECF No. 82**] is **GRANTED**. The **Clerk of Court** is directed to reopen this case.

**DONE AND ORDERED** in the Southern District of Florida on September 5, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record