UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 1:24-cv-21136

TUSHBABY, INC.,

    Plaintiff,

v.

FLEEROSE, a Foreign Corporation,

    Defendant.

---

TUSHBABY, INC.,

    Plaintiff,

v.

ZOOYEE, a Foreign Corporation,

    Defendant.

**PLAINTIFF'S MOTION FOR WITHDRAWAL AS TO MARSHALL DORE LOUIS AND ROSSANA BAEZA AS ATTORNEYS OF RECORD FOR PLAINTIFF**

    Attorneys for Plaintiff, Marshall Dore Louis, Esq. and Rossana Baeza, Esq., of the law firm BOIES SCHILLER FLEXNER LLP, respectfully move for an order from this Court permitting the withdrawal of Marshall Dore Louis, Esq. and Rossana Baeza, Esq. from the above-styled action. James M. Slater and Leo M. Lichtman of the law firm ESCA LEGAL PLLC, shall remain in the above-styled action and continue to represent Plaintiff.

1

**CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)**

**I HEREBY CERTIFY** that pursuant to Local Rule 7.1, James M. Slater and Leo M. Lichtman, new counsel for TushBaby, do not oppose the requested relief. No other parties have appeared in this matter.

Dated: September 9, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**BOIES SCHILLER FLEXNER LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Marshall Dore Louis*
　　　　　　　　　　　　　　　　　　　　　Marshall Dore Louis (FL Bar No. 512680)
　　　　　　　　　　　　　　　　　　　　　Rossana Baeza (FL Bar No. 1007668)
　　　　　　　　　　　　　　　　　　　　　100 SE 2nd Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　Telephone: (305) 539 8400
　　　　　　　　　　　　　　　　　　　　　E-mail: mlouis@bsfllp.com
　　　　　　　　　　　　　　　　　　　　　E-mail: rbaeza@bsfllp.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff TushBaby, Inc.*