UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,

   *Plaintiff*,

v.

**FLEEROSE**,

   *Defendant*.

_____/

## ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. On August 23, 2024, Plaintiff filed an Amended Complaint. [ECF No. 76]. Then, on August 25, 2024, Defendant filed a Motion to Dismiss (the "Motion"). [ECF No. 77]. Plaintiff later filed another Amended Complaint with the consent of the Defendant on September 9, 2024. [ECF No. 84]. Therefore, Defendant's Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 77] is moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** the Motion [**ECF No. 77**] is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record