**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED CASE NO. 1:24-cv-21136

| | |
|---|---|
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>FLEEROSE, a Foreign Corporation,<br>    Defendant. | |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>SHIAON, a Foreign Corporation,<br>    Defendant. | |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>ZOOYEE, a Foreign Corporation,<br>    Defendant. | |

**PLAINTIFF'S MOTION FOR WITHDRAWAL AS TO**
**ROSSANA BAEZA AS ATTORNEY OF RECORD FOR PLAINTIFF**

Attorney for Plaintiff, Rossana Baeza, Esq., of the law firm BOIES SCHILLER FLEXNER LLP, respectfully moves for an order from this Court permitting the withdrawal of Rossana Baeza, Esq. from the above-styled action. James M. Slater and Leo M. Lichtman of the law firm ESCA LEGAL PLLC, shall remain in the above-styled action and continue to represent Plaintiff.

1

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)

**I HEREBY CERTIFY** that pursuant to Local Rule 7.1, James M. Slater and Leo M. Lichtman, new counsel for TushBaby, do not oppose the requested relief. No other parties have appeared in this matter.

Dated: September 23, 2024                Respectfully submitted,

                                         **BOIES SCHILLER FLEXNER LLP**

                                         */s/ Rossana Baeza*
                                         Rossana Baeza (FL Bar No. 1007668)
                                         100 SE 2nd Street, Suite 2800
                                         Miami, FL 33131
                                         Telephone: (305)-539 8400
                                         E-mail: rbaeza@bsfllp.com

                                         *Counsel for Plaintiff TushBaby, Inc.*