UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:24-cv-21136-JB

**TUSHBABY, INC.**,
Plaintiff,
v.
**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**
Defendants.
_____/

## NOTICE OF WITHDRAWING MOTION TO DISMISS FOR VIOLATION OF COURT ORDER

PLEASE TAKE NOTIC THAT Defendant, Shiaon, by and through its counsel undersigned, hereby withdraws its Motion to Dismiss for Violation of Court Order [DE 93], after being notified by the opposing party that it had complied with the Court Order [DE 74] and filed a separate action that was consolidated into the instant case.

Respectfully submitted on Sept. 24, 2024.

/s/ Jianyin Liu
FBN: 1007675
Jianyin Liu, Esq. Attorney
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent to all parties via CM/ECF on Sept. 24, 2024.

/s/ Jianyin Liu