UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED CASE NO. 1:24-cv-21136

| | |
|---|---|
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>FLEEROSE, a Foreign Corporation,<br>    Defendant. | |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>SHIAON, a Foreign Corporation,<br>    Defendant. | |
| TUSHBABY, INC.,<br>    Plaintiff,<br>v.<br>ZOOYEE, a Foreign Corporation,<br>    Defendant. | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in compliance with the Court's Order dated September 23, 2024, a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel (Dkt. No. 95), was served via email upon Tamara Rant, CEO of TushBaby, Inc.

Dated: September 24, 2024          Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ Rossana Baeza*
Rossana Baeza (FL Bar No. 1007668)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305)-539 8400
E-mail: rbaeza@bsfllp.com

*Counsel for Plaintiff TushBaby, Inc.*

1