UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,
   *Plaintiff,*

v.

**FLEEROSE**,
   *Defendant.*

**TUSHBABY, INC.**,
   *Plaintiff,*

v.

**SHIAON**,
   *Defendant.*

**TUSHBABY, INC.**,
   *Plaintiff,*

v.

**ZOOYEE**,
   *Defendant.*

## ORDER

**THIS CAUSE** is before the Court on Defendant Shiaon's Notice of Withdrawing Motion to Dismiss [ECF No. 96], filed on September 24, 2024.  On September 23, 2024, Defendant filed a Motion to Dismiss the Amended Complaint against Defendant Shiaon. [ECF No. 93]. Subsequently, on September 24, 2024, Defendant Shiaon filed this Notice, withdrawing the Motion to Dismiss. [ECF No. 96]. Therefore, Defendant Shiaon's Motion to Dismiss [ECF No. 93] is moot. Accordingly, it is hereby **ORDERED AND ADJUDGED** the Motion to Dismiss [**ECF No. 93**] is **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on September 24, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record