UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-21136-LEIBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

SHIAON,

    Defendant.

_____/

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO ACCEPT MOTION TO DISMISS SHIAON'S COUNTERCLAIMS AS TIMELY**

THIS MATTER is before the Court on Plaintiff Tushbaby, Inc.'s unopposed motion to accept its motion to dismiss Defendant Shiaon's Counterclaims as timely (the "Motion") [ECF No. 110]. Being fully advised in the premises, it is hereby

ORDERED and ADJDUDGED that

1. The Motion is GRANTED.

2. Plaintiff Tushbaby, Inc.'s motion to dismiss Defendant Shiaon's Counterclaims [ECF No. 109] is accepted as timely filed.

DONE AND ORDERED in the Southern District of Florida this ___ day of October 2024.

                                                  DAVID S. LEIBOWITZ
                                                UNITED STATES DISTRICT JUDGE