UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**SHIAON**,

    *Defendant*.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion to Accept Motion to Dismiss Shiaon's Counterclaim as Timely (the "Motion"). [ECF No. 110]. Upon due consideration, the Motion [**ECF No. 110**] is **GRANTED**. This Court accepts Plaintiff Tushbaby, Inc's Motion to Dismiss Defendant Shiaon's Counterclaims [ECF No. 109] as timely filed.

**DONE AND ORDERED** in the Southern District of Florida on October 24, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record