UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,

    *Plaintiff*,

*v.*

**FLEEROSE**,

    *Defendant*.

_____/

**TUSHBABY, INC.**,

    *Plaintiff*,

*v.*

**SHIAON**,

    *Defendant*.

_____/

## ORDER

    **THIS CAUSE** is before the Court on a *sua sponte* review of the record. On September 18, 2024, Defendant Fleerose filed an Answer and Counterclaim. [ECF No. 90]. Then, on October 7, 2024, Plaintiff filed a Motion to Dismiss Defendant Fleerose's Counterclaim. [ECF No. 103]. Defendant Fleerose later filed an Amended Counterclaim. [ECF No. 107]. Accordingly, Plaintiff's Motion [ECF No. 103] is moot.

    Similarly, On October 1, 2024, Defendant Shiaon filed an Answer and Counterclaim. [ECF No. 101]. Then, on October 24, 2024, Plaintiff filed a Motion to Dismiss Defendant Shiaon's

Counterclaim. [ECF No. 109]. Defendant Shiaon later filed an Amended Counterclaim. [ECF No. 112]. Therefore, Plaintiff's Motion [ECF No. 109] is moot.

Accordingly, it is hereby **ORDERED AND ADJUDGED** the Motions [**ECF Nos. 103, 109**] are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on December 6, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record