UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> FLEEROSE, a Foreign Corporation, <br><br> Defendant/Counterclaimant. | Consolidated Case No. 1:24-cv-21136-LEIBOWITZ/TORRES |
| TUSHBABY, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> SHIAON, a Foreign Corporation, <br><br> Defendant/Counterclaimant. | |
| TUSHBABY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZOOYEE, a Foreign Corporation, <br><br> Defendant. | |

**PLAINTIFF'S AMENDED CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Tushbaby, Inc., by undersigned counsel and pursuant to Fed. R. Civ. P. 7.1, hereby submits its Amended Certificate of Interested Parties and Corporate Disclosure Statement.

**I.     Interested Parties**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

- A. Tushbaby, Inc., Plaintiff
- B. Plaintiff's counsel, ESCA Legal LLC
  - i. Leo M. Lichtman
  - ii. James M. Slater
- C. Fleerose, a Foreign Corporation, Defendant
- D. Shiaon, a Foreign Corporation, Defendant
- E. Defendants Fleerose and Shiaon's counsel, Law Offices of James Liu PLLC
  - i. Jianyin Liu
- F. ZOOYEE, a Foreign Corporation, Defendant
- G. Defendant ZOOYEE's counsel, Palmer Law Group
  - i. Andrew J. Palmer

**II.    Corporate Disclosure Statement**

Plaintiff hereby certifies that there are no parent corporations and/or publicly held corporations owning 10% or more of its stock.

Dated: December 23, 2024                    Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*