**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Lead Case No. 1:24-cv-21136-LEIBOWITZ

Tushbaby, Inc.,

    Plaintiff,

v.

Fleerose,

    Defendant.
_____/

Tushbaby, Inc.

    Plaintiff,

v.

Shiaon,

    Defendant.
_____/

Tushbaby, Inc.

    Plaintiff,

v.

ZOOYEE,

    Defendant.
_____/

**JOINT PROPOSED SCHEDULING ORDER**

    Having considered the matters discussed in the Parties' Joint Scheduling Report [ECF No. 129]

the Court finds that good cause exists for the entry of this Scheduling Order.

A. Case Management Track

This matter is assigned to the standard case management track pursuant to Local Rule 16.1(a)(2)(B).

B. Pretrial Schedule

The Parties shall comply with the deadlines set forth below:

| | |
|---|---|
| **Deadline to Serve Initial Disclosures** | **January 24, 2025** |
| **Joinder of Additional Parties/Amendments to Pleadings** | **February 3, 2025** |
| **Plaintiff's Expert Disclosures Due** | **July 11, 2025** |
| **Defendant's Expert Disclosures Due** | **August 8, 2025** |
| **Rebuttal Expert Disclosures Due** | **August 29, 2025** |
| **Deadline to Select Mediator** | **March 7, 2025** |
| **Close of Fact and Expert Discovery** | **September 26, 2025** |
| **Deadline to file Dispositive Motions, Including those Regarding Summary Judgment and *Daubert*** | **October 24, 2025** |
| **Completion of Mediation** | **November 17, 2025** |
| **Deadline to File All Other Pretrial Motions, including Motions in Limine** | **January 16, 2026** |
| **Date Certain for Resolution of All Pretrial Motions** | **February 16, 2026** |
| **Deadline to File Joint Pretrial Stipulation, Proposed Jury Instructions, Proposed Joint Verdict Form and/or Proposed Findings of Fact and Conclusions of Law** | **January 16, 2026** |
| **Pretrial Conference to Be Held** | **March 9, 2026** |
| **Commencement of Two-Week Trial Period** | **March 2026** |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this ___ day _____ 2025.

_____
DAVID S. LEIBOWITZ
United States District Judge