UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

    Plaintiff,

v.

                                        Case No. 1:24-cv-21136-LEIBOWITZ

FLEEROSE,

    Defendant.
_____/

TUSHBABY, INC.,

    Plaintiff,

v.

SHIAON,

    Defendant.
_____/

TUSHBABY, INC.,

    Plaintiff,

v.

ZOOYEE,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF MEDIATION SELECTION**

    Plaintiff Tushbaby, Inc., through counsel, advises that the parties[1] have selected Mark Stein, who is on the Certified Mediator's List as the mediator in this case. The mediation conference in this matter will be held on June 30, 2025, at 10 a.m. by Zoom.

---

[1] Except ZOOYEE, which is in default. [ECF No. 127].

Dated: March 7, 2025

        Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
ESCA Legal LLC
9000 Dadeland Blvd. #1500
Miami, FL 33156
Tel.: (305) 523-9023
james@esca.legal

Leo M. Lichtman (admitted *pro hac vice*)
ESCA Legal LLC
1117 Sixth Avenue, Fifth Floor
New York, New York 10036
Tel.: (347) 745-2535
leo@esca.legal

*Attorneys for Plaintiff Tushbaby, Inc.*