UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

     Plaintiff,

v.

                                        Case No. 1:24-cv-21136-LEIBOWITZ

FLEEROSE,

     Defendant.

_____/

TUSHBABY, INC.,

     Plaintiff,

v.

SHIAON,

     Defendant.

_____/

TUSHBABY, INC.,

     Plaintiff,

v.

ZOOYEE,

     Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark Stein on June 30, 2025,

at 10 a.m. by Zoom.

ENTERED this ___ day of _____, 2025.

_____
DAVID S. LEIBOWITZ
U.S. District Judge


Copies furnished:
All counsel of record