UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.,**
    *Plaintiff*,

v.

**FLEEROSE,**
    *Defendant*.
_____/

**TUSHBABY, INC.,**
    *Plaintiff*,

v.

**SHIAON,**
    *Defendant*.
_____/

**TUSHBABY, INC.,**
    *Plaintiff*,

v.

**ZOOYEE,**
    *Defendant*.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held as follows:

**Mediator:** Mark Stein

**Date:** June 30, 2025

**Time:** 10:00 AM

**Location:** Via Zoom

**DONE AND ORDERED** in the Southern District of Florida on March 7, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record