**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21136-JB**

TUSHBABY, INC
                    *Plaintiff*,

        v.

The Individuals, Partnerships and
Unincorporated Associations Identified on
Schedule A,

_____*Defendants*._____ /

**[Proposed]ORDER ON MOTION TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT ZOOYEE**

THIS MATTER having come before the Court on Defendant ZOOYEE's Motion to

Withdraw as counsel for Defendant ZOOYEE, and the Court, having reviewed the Motion and the

record, it is hereby:

ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel is GRANTED.

Andrew J. Palmer from Palmer Law Group is hereby relieved as counsel of record for Defendant

ZOOYEE.

It is further ORDERED that Defendant ZOOYEE, shall have thirty (30) days from the date

of this Order to retain new counsel.

**DONE AND ORDERED** in chambers at Miami, Florida, this ____day of March 2025.


_____
HONORABLE JACQUELINE BECERRA
DISTRICT COURT JUDGE

1