UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,
    *Plaintiff*,

v.

**ZOOYEE**,
    *Defendant*.
_____/

### ORDER

**THIS CAUSE** is before the Court on the unopposed Motion to Withdraw as Counsel for Defendant Zooyee ("the Motion") [ECF No. 133], filed March 27, 2025.  Attorney Andrew J. Palmer represents that his client, ZOOYEE has instructed counsel to cease working on the case. [ECF No. 133].  A Clerk's Entry of Default was previously entered against ZOOYEE in this case. [ECF No. 127].  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion **[ECF No. 133]** is **GRANTED.**  Within five (5) days of the entry of this Order, withdrawing counsel shall send to ZOOYEE a copy of this Order and file a notice with the Court certifying same.  Attorney Andrew J. Palmer is hereby relieved of all further responsibilities related to Defendant ZOOYEE in these proceedings.  It is **FURTHER ORDERED** that because Defendant ZOOYEE is an artificial entity which cannot represent itself in federal court *pro se*, it must find new counsel **no later than April 21, 2025.**  In the event that no counsel appears for Defendant ZOOYEE, Plaintiff shall file a motion for default judgment **no later than May 2, 2025.**

    **DONE AND ORDERED** in the Southern District of Florida on March 27, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record