**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TUSHBABY, INC.,

       Plaintiff,

v.

ZOOYEE, a Foreign Corporation,

       Defendant.

Consolidated Case No. 1:24-cv-21136-LEIBOWITZ/TORRES

**DECLARATION OF CASSIDY MOON IN SUPPORT OF MOTION**
**FOR ENTRY OF FINAL DEFAULT JUDGMENT AGAINST ZOOYEE**

I, Cassidy Moon, declare and state as follows:

1.     I am an Associate at ESCA Legal LLC, which represents Tushbaby, Inc. ("Tushbaby" or "Plaintiff") in the above-entitled proceedings. I have personal knowledge of the matters contained herein. To my knowledge, all of the facts stated in this Declaration are true and correct. If called as a witness, I could and would testify to the statements made herein.

2.     This Declaration is submitted in support of Plaintiff's Motion for Entry of Final Default Judgement against Defendant ZOOYEE ("Defendant").

3.     On April 3, 2024, the Court granted Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery (the "TRO). [ECF No. 12]. That same day, Plaintiff's prior counsel provided copies of the TRO to representatives for Amazon [ECF 18-1 at ¶ 3].

4.     On April 11, 2024, Amazon provided Plaintiff's prior counsel with the requested discovery responses pursuant to the Court's Expedited Discovery Order. [ECF 18-1 at ¶ 3]. This included information concerning Defendant's gross sales in connection with the infringing

1

product. After being retained in this litigation, prior counsel provided us with the case file, including Amazon's discovery response.

5.      Pursuant to that response, it appears that ZOOYEE sold 5,535 units and grossed $226,203.04.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 2, 2025 in New York, New York.


_____
Cassidy Moon