UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

TUSHBABY, INC.,
        *Plaintiff,*

v.

SHIAON,
        *Defendant.*

_____/

TUSHBABY, INC.,
        *Plaintiff,*

v.

FLEEROSE,
        *Defendant.*

_____/

ORDER

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement as to Defendants

Shiaon and Fleerose [ECF No. 136], filed on May 6, 2025.  The parties are hereby directed to file a

stipulation of dismissal of all claims signed by all parties pursuant to Rule 41(a) of the Federal Rules

of Civil Procedure within sixty (60) days from the date of this Order.  If such papers are not filed

within the time specified, this matter will be dismissed, and the Court will be divested of jurisdiction

to enforce the settlement agreement.  All existing deadlines are TERMINATED as to Defendants

Shiaon and Fleerose.  This case shall remain OPEN pending disposition of Plaintiff's Motion for

Default Judgment as to Defendant Zooyee.

DONE AND ORDERED in the Southern District of Florida on May 6, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record