UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21136-LEIBOWITZ

TUSHBABY, INC.,

     Plaintiff,

v.

ZOOYEE,

     Defendant.

## [PROPOSED] ORDER TO RELEASE BOND

The Court, having closed this matter following notice of settlement as to Defendants Fleerose and Shiaon and entry of a final judgment as to Defendant ZOOYEE hereby DIRECTS the Clerk to return the bond posted by Plaintiff Tushbaby, Inc. in this case in the amount of $5,000.00, plus any accrued interest. The bond plus any accrued interest shall be disbursed to the ESCA Legal Client Trust account via EFT, according to the payee details provided to the Clerk's Office.

DONE AND ORDERED this __ day of June, 2025.

_____
HONORABLE DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE