UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.**,

    *Plaintiff*,

v.

**ZOOYEE**,

    *Defendant*.

_____/

### ORDER

THIS CAUSE comes before the Court on Plaintiff's Motion for Release of Bond ("the Motion"), filed on June 5, 2024. [ECF No. 141]. After this Court entered a Preliminary Injunction against Defendant, it Ordered Plaintiff to post a bond of $5,000 with the Court registry pursuant to Fed. R. Civ. P. 65(c). [ECF Nos. 12, 15, 43, 74]. Thereafter, this Court granted final default judgment in favor of Defendant. [ECF Nos. 138, 139]. Now that this matter is settled, the Court no longer needs to hold the bond and the funds may be released back to Plaintiff.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [**ECF No. 141**] is **GRANTED.** The bond plus any accrued interest shall be disbursed to the ESCA Legal Client Trust account via EFT.

**DONE AND ORDERED** in the Southern District of Florida on June 5, 2025.

                                      **DAVID S. LEIBOWITZ**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record