# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TUSHBABY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>FLEEROSE, a Foreign Corporation,<br><br>        Defendant. | Consolidated Case No. 1:24-cv-21136-LEIBOWITZ/TORRES |

## [PROPOSED] ORDER EXTENDING TIME TO FILE STIPULATION OF DISMISSAL AS TO DEFENDANT FLEEROSE

The Court, having reviewing Plaintiff Tushbaby, Inc.'s Unopposed Motion for an Extension of Time to File a Stipulation of Dismissal as to Defendant Fleerose, hereby extends the July 7, 2025, deadline to file the Stipulation of Dismissal as to Defendant Fleerose for a period of two weeks. The parties shall file the Stipulation of Dismissal as to Defendant Fleerose on or before July 21, 2025.

DONE AND ORDERED this ___ day of July, 2025.

_____
HONORABLE DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE