# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.,**

    *Plaintiff,*

*v.*

**SHIAON**,

    *Defendant.*

_____/

## ORDER

THIS CAUSE comes before the Court on Plaintiff Tushbaby, Inc. and Defendant Shiaon's Joint Stipulation of Dismissal with Prejudice.  [ECF No. 143].  Accordingly, it is **ORDERED AND ADJUDGED** that pursuant to Rule 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice as to Defendant Shiaon**.  This case shall **REMAIN CLOSED**.  All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.  The parties shall bear their own costs and attorneys' fees.

**DONE AND ORDERED** in the Southern District of Florida on July 7, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record