UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

**TUSHBABY, INC.,**

*Plaintiff,*

v.

**FLEEROSE,**

*Defendant.*
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Stipulation of Dismissal as to Defendant Fleerose ("the Motion") [ECF No. 144], filed on July 7, 2025. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion **[ECF No. 144]** is **GRANTED.** The parties shall file a stipulation of dismissal **no later than July 21, 2025.**

**DONE AND ORDERED** in the Southern District of Florida on July 7, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record