UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TUSHBABY, INC.,

    Plaintiff,                                               Case No. 1:24-cv-21136-LEIBOWITZ

v.

FLEEROSE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of this action as to Fleerose with prejudice, with each side to bear their own attorney's fees and costs. The Court retains jurisdiction to enforce settlement between the parties.

Dated: July 15, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ James M. Slater | /s/ Jianyin Liu (w/ express written permission) |
| James M. Slater (FBN 111779) | Jianyin Liu (FBN 1007675) |
| ESCA Legal LLC | The Law Offices of James Liu, LLC |
| 9000 Dadeland Blvd. #1500 | 15750 SW 92nd Ave Unit 20C |
| Miami, FL 33156 | Palmetto Bay, FL 33157 |
| Tel.: (305) 523-9023 | Tel. (305) 209-6188 |
| james@esca.legal | jamesliulaw@gmail.com |
| | |
| Leo M. Lichtman (admitted *pro hac vice*) | *Attorneys for Defendant Fleerose* |
| ESCA Legal LLC | |
| 1117 Sixth Avenue, Fifth Floor | |
| New York, New York 10036 | |
| Tel.: (347) 745-2535 | |
| leo@esca.legal | |

*Attorneys for Plaintiff Tushbaby, Inc.*