UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21136-LEIBOWITZ

TUSHBABY, INC.,
　　*Plaintiff,*

v.

FLEEROSE,
　　*Defendant.*

_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Dismissal of all claims with Prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) of Plaintiff's claims against Defendant Fleerose.   [ECF No. 147].  Being fully advised, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Defendant Fleerose.  Each party shall bear its own attorneys' fees and costs.  This case shall remain **CLOSED**.

DONE AND ORDERED in the Southern District of Florida on June 15, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:　　counsel of record